IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 19-95-BLG-SPW-TJC** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **DONALD RAYMOND FOOTE, JR.,** | |
| **Defendant.** | |

Pending before the Court is a motion to quash the arrest warrant for Donald Raymond Foote, Jr. and issue a summons for September 26, 2019, at 9:00 a.m. (Doc. 5.)   For good cause shown, IT IS ORDERED that the arrest warrant is **QUASHED** and a summons for September 26, 2019, at 9:00 a.m shall be issued.

DATED this 29th day of August, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1